# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 29, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130969(46)

EDDIE B. ALLEN,
        Plaintiff-Appellant,

v

                             SC: 130969
                             COA: 265427

DAIMLERCHRYSLER CORPORATION,
DAIMLERCHRYSLER MOTORS
CORPORATION, and DAIMLERCHRYSLER
SERVICES NORTH AMERICA, L.L.C.,
        Defendants-Appellees.
                             Oakland CC: 03-049686-NZ

_____/

      On order of the Court, the motion for reconsideration of this Court's July 31, 2006 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2007                                                        
                                                          Clerk

d0122